# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO,<br><br>         Plaintiff,<br><br>v.<br><br>DR. MICHAEL BALBIN SANTOS, et al.,<br><br>         Defendants. | Case No.: 18-CV-2391-BTM-WVG<br><br>**ORDER ON EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND DISCOVERY CUT-OFF DATE** |

On September 22, 2020, Defendants filed the instant Ex Parte Application to Continue Mandatory Settlement Conference and Discovery Cut-Off Date ("Ex Parte Application"). (Doc. No. 43.) Having reviewed and considered the basis of Defendants' filing, the Court finds good cause exists to continue by sixty (60) days both the October 5, 2020 Mandatory Settlement Conference ("MSC") and the October 2, 2020 fact discovery cut off. Accordingly, the Court GRANTS Defendants' Ex Parte Application in its entirety. The Court CONTINUES the fact discovery cut-off to **Monday, November 30, 2020** and the MSC to **Monday, December 7, 2020 at 9:00 a.m.** All other deadlines as set forth in the Court's April 7, 2020 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Doc. No. 28) remain in effect.

  For purposes of the December 7, 2020 MSC, Plaintiff shall appear telephonically as

previously set forth in the operative April 7, 2020 Scheduling Order. Defendants remain responsible for making all necessary arrangements to ensure Plaintiff's telephonic appearance at the MSC, consistent with the Court's April 7, 2020 Order. (Doc. No. 28.) Concurrently, Defendants are ORDERED to appear via video conference through the Zoom platform, in light of the ongoing COVID-19 pandemic and Chief Judge Order No. 40, suspending personal appearances in civil proceedings including the instant MSC. Defense counsel shall follow the below procedures to timely appear via video conference before this Court on December 7, 2020 at 9:00 a.m. for the MSC in this matter:

   1. **Appearing Via Zoom Video Conference Platform for Mandatory Settlement Conference:**

      a. The Court will use its official Zoom video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the MSC.[2]  There is a cost-free option for creating a Zoom account.

      b. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the

---

[1]     If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[2]     For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

   c. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that the MSC begins promptly at 9:00 a.m. **The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time.**

   d. No later than **November 30, 2020**, counsel for Defendants shall send an e-mail to the Court at efile_Gallo@casd.uscourts.gov containing the following:

      i. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

      ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

      iii. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

Questions regarding this case may be directed to the undersigned's Research Attorney at (619) 557-6384. Please consult the undersigned's Chambers Rules, which are

available on the Court's website, before contacting chambers with any questions.

**IT IS SO ORDERED.**

Dated: September 24, 2020

Hon. William V. Gallo
United States Magistrate Judge